## F. W. Phelps, trading as The Pacific Northwest Banker, Appellee, v. La Salle Hotel Company, Appellant.

### Gen. No. 23,123.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HOWARD HAYS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed January 31, 1918. Rehearing denied February 11, 1918.

### Statement of the Case.

Action by F. W. Phelps, trading under the name of The Pacific Northwest Banker, plaintiff, against La Salle Hotel Company, a corporation, defendant, to recover on a contract. From a judgment for plaintiff for $200, defendant appeals.

HENRY W. PRICE and HUGH T. MARTIN, for appellant.

LLOYD D. HETH, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

1. CONTRACTS, § 12*—*when contract does not lack mutuality.* Where an order for advertising addressed to plaintiff, which states that plaintiff is "hereby authorized" to insert in plaintiff's publication, a specified sized advertisement and agrees to pay a specified price, is indorsed "accepted by" plaintiff's agent, such indorsement constitutes an implied promise of publication in consideration of defendant's promise to pay for it, so as to render the contract mutual.

2. DAMAGES, § 66*—*what is measure of for breach of advertising contract.* In an action on a contract for advertising, in the absence of proof by defendant tending to minimize the damages, the measure of plaintiff's damages is prima facie the amount called for by the contract.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.